☒ FILED  ☐ LODGED
**DEC 17 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

LEONARD D. BLUM, 044589
Name and Prisoner/Booking Number

CACRF- GEO
Place of Confinement

POST OFFICE BOX 9600
Mailing Address

FLORENCE, ARIZONA 85132-9600
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

LEONARD DALE BLUM,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) THE GEO GROUP, INC.,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-3570-PHX-ROS (CDB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: CACRF

Revised 12/1/23

1 of 14

550/555

B.  **DEFENDANTS**

1.  Name of first Defendant: _THE GEO GROUP, INC._ . The first Defendant is employed as: _HEALTHCARE PROVIDER_ at _CACRF-GEO_ .
    (Position and Title)                                   (Institution)

2.  Name of second Defendant: _____ . The second Defendant is employed as: _____ at _____.
    (Position and Title)                                   (Institution)

3.  Name of third Defendant: _____ . The third Defendant is employed as: _____ at _____.
    (Position and Title)                                   (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as: _____ at _____.
    (Position and Title)                                   (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

C.  **PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8TH AMENDMENT__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PLAINTIFF, LEONARD DALE BLUM, AN INMATE HOUSED IN THE PRIVATE PRISON RAN BY THE FOR PROFIT PRISON CORPORATION, THE GEO GROUP, INC. (GEO) THE DEFENDANT IN THIS ACTION.

   THE GEO GROUP, INC, IS CONTRACTED THROUGH THE ARIZONA DEPARTMENT OF CORRECTIONS, REENTRY AND REHABILITATION (ADCRR) TO PROVIDE CONSTITUTIONALLY ADEQUATE HEALTHCARE TO INMATES AT THE CENTRAL ARIZONA CORRECTIONAL REHABILITATION FACILITY (CACRF) GEO UNIT WHERE PLAINTIFF HAS RESIDED FOR NUMEROUS YEARS.

   THE GEO GROUP, INC., INSTITUTED POLICIES THAT WILL NOT ALLOW TREATMENT OF HEPATITUS C UNTIL INMATES REACH "F4" ON THE FIBROSIS SCALE. THE GEO GROUP, INC., DID NOT TREAT PLAINTIFF'S HEPATITIS C UNTIL HE REACHED F4 AND WAS DIAGNOSED WITH LIVER CIRRHOSIS. ACCORDING TO AMANDA THRUSH A FACTOR FOR TREATMENT IS "THE LEVEL OF DAMAGE TO YOUR LIVER." (SEE EXHIBIT "A")

   THIS POLICY IS BEING DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS. ADDITIONALLY THESE POLICIES ARE IN DIRECT VIOLATION OF ADCRR POLICIES THAT REQUIRE INMATE HEALTHCARE NEEDS GET MET.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PLAINTIFF'S LIVER SUSTAINED DAMAGE WHICH MAY BE PERMANENT.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

### E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF REQUESTS PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED BY A JURY, AGAIST DEFENDANT THE GEO GROUP, INC. FURTHER, PLAINTIFF REQUESTS THIS COURT FIND THE POLICY OF WAITING TO TREAT INMATES WITH HEPATITIS C UNTIL DAMAGE OCCURES BE FOUND UNCONSTITUTIONAL. FURTHER, PLAINTIFF REQUESTS THAT DEFENDANT PAY FOR ALL COSTS ASSOCIATED WITH THIS LITIGATION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-16-24
DATE

_Leonard B____
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# EXHIBIT "A"

INMATE GRIEVANCES

9 PAGES

Arizona Department of Corrections, Rehabilitation & Reentry

**Grievance Details**



# Inmate Grievance/Appeal Response Notice
# Medical

Inmate Name: LEONARD BLUM

ADC#: 44589

Prison/Unit: CACF/CACF-FLORENCE

Bldg/Bed: M70 DM5C001L

Case #: 24-069767

## Appeal To Director

**Type:** Appeal Approve
**Date Received:** 02/28/2024 10:52:00 AM
**Response Author:** Amanda Thrush
**Responded On:** 04/08/2024 09:53:22 AM
**Decision:** Resolved

## Case Details

**Case Number:** 24-069767

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** CACF
**Opened Date:** 02/28/2024 10:52:00 AM
**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE
**Grievance Stage:** Appeal Answered

## Appeal Grievance Response

**Responder Name:** Amanda Thrush
**Due Date:** 04/08/2024 10:51:52 AM

**Date/Time:** 04/11/2024 08:35:34 AM
**Result:** Uphold

**Response:** Mr. Blum, I am in receipt of your appeal regarding your liver condition. In your appeal, you did not seek any resolution nor did you ask for anything. I will address the statement you made in your appeal, however. You claim that the standards for treatment have caused damage to your liver. The damage to your liver was caused by you contracting Hepatitis C. You do need to meet certain criteria in order to be able to receive treatment for Hep C, and there are many factors involved. One of those factors is the level of damage to your liver. One of the many reasons is that your body can fight off some strains of the virus on its own and treatment is not needed. A workup was done on you to determine the necessity for treatment. Once you met the criteria, you were treated for Hep C. Your body will recover as long as you treat your liver appropriately. Since you are not seeking a resolution, this matter is resolved and there is nothing further to address.

⌐ Override          ⌐ Data Input Error          ⌐ Unprocessed          ⌐ Extension

**RestitutionRecommended:** No

Case 2:24-cv-03570-ROS--CDB   Document 1   Filed 12/17/24   Page 7 of 14
Arizona Department of Corrections, Rehabilitation & Reentry

Grievance Details



## Appeal Grievance Approval

**Approver Name:** Amanda Thrush

**Due Date:** 04/08/2024 10:51:52 AM

**Date/Time:** 05/09/2024 09:06:48 AM

**Result:** Resolved

**Director:** Ryan Thornell

*A. Thrush, HSA*

**Notice** : The decision of the Director is final and constitutes exhaustion of all remedies within the Department.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

**Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)**

Received By: Burkups
Title: CPO
Badge #: 14420
Date (mm/dd/yyyy): 4/10/24

**Please Print**

| INMATE'S NAME | ADC NUMBER | DATE |
|---|---|---|
| Blum Leonard D. | 044589 | 4-10-24 |

| INSTITUTION | CASE NUMBER |
|---|---|
| CACRF - GEO | 24-069767 |

TO: Director

I am appealing the decision of **Lindsey Warden** for the following reasons:

THE POLICY AS SET BY "CORPORATE" REQUIRES DAMAGE TO OCCUR TO THE LIVER PRIOR TO TREATMENT. HOWEVER, THIS POLICY SETS TREATMENT STANDARDS THAT REQUIRE THE LIVER TO SUSTAIN DAMAGE FOR A PROLONG PERIOD OF TIME PRIOR TO TREATMENT. THE FACT EXISTS THAT "CORPORATE" SETS A STANDARD OF TREATMENT THAT HAS CAUSED MY LIVER TO SUSTAIN DAMAGE THAT CAN NOT BE REPAIRED.

INMATE'S SIGNATURE: Leonard Blum   DATE: 4-10-24
GRIEVANCE COORDINATOR'S SIGNATURE: C Maurice   DATE: 4/11/24

RESPONSE TO INMATE BY
LOCATION

STAFF SIGNATURE
DATE (mm/dd/yyyy)

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

PAGE 8 of 14

Case 2:24-cv-03570-ROS--CDB    Document 1    Filed 12/17/24    Page 9 of 14
Arizona Department of Corrections, Rehabilitation & Reentry

Grievance Details



# Inmate Grievance/Formal Response Notice
# Medical

**Inmate Name:** LEONARD BLUM

**ADC#:** 44589

**Prison/Unit:** CACF/CACF-FLORENCE

**Bldg/Bed:** M70 DM5C001L

## Case #:24-069767

## Formal Grievance

**Type:** Formal Approve

**Date Received:** 02/28/2024 10:52:00 AM

**Response Author:** LINDSEY WARDEN

**Responded On:** 04/08/2024 09:53:22 AM

**Decision:** Resolved

## Case Details

**Case Number:** 24-069767

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 02/28/2024 10:52:00 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** LINDSEY WARDEN

**Due Date:** 04/08/2024 10:51:52 AM

**Date/Time:** 04/08/2024 09:53:22 AM

**Result:** Resolved

**Response:** In response to your formal complaint about Hep-C treatment being delayed. I have investigated and discovered you went through Hep-C Treatment from Nov. 2023 to Jan 2024. Unfortunately there is no evidence that your liver damage is due to a delay in treatment. Corporate sets the Hep-C treatment standard and we follow their guidance. Many things go into their decision on starting someone on treatment. End of response.

⌐ Override        ⌐ Data Input Error        ⌐ Unprocessed        ⌐ Extension

**RestitutionRecommended:** No

## Formal Grievance Approval

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



**Approver Name:** LINDSEY WARDEN

**Due Date:** 04/08/2024 10:51:52 AM

**Date/Time:** 04/08/2024 10:08:16 AM

**Result:** Resolved

**Facility Health Administrator:** LINDSEY WARDEN

**Notice** : You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by Ensuring the grievance procedure within their assigned unit and institution has been exhausted.



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| CASTRO, J. | |
| TITLE | |
| C/O | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 212575 | 3/13/2024 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| BLUM Leonard D. | 044589 | 3-13-24 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| CACF/CACF FLORENCE | # 24-069767 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I am Diagnosed with Liver cirrhosis Due To The Fact That medical Provider waited Too Long to Treat my Hep-C. The Policy to Treat Hep-C is To wait until The Liver is Seriously Damaged Before Treatment. This Policy has caused serious Damage To my Liver.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

The change in Policy For Hep-C Treatment. A Liver Biopsy to determine Damage to Liver and Monetary For Damages caused by this policy For Hep-C

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Leonard Blum | 3-13-24 | Christina Marisca | 3/18/24 |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

PAGE 11 of 14

**Arizona Department of Corrections, Rehabilitation & Reentry**

**Grievance Details**



# Inmate Grievance/Informal Response Notice
# Medical

Inmate Name: LEONARD BLUM

ADC#: 44589

Prison/Unit: CACF/CACF-FLORENCE

Bldg/Bed: M70 DM5C001L

## Case #:24-069767

## Informal Complaint

**Type:** Informal Response

**Date Received:** 02/28/2024 10:52 AM

**Response Author:** MARTIN, ROBERTA NMI

**Responded On:** 03/11/2024 11:29:31 AM

**Decision:**

## Case Details

**Case Number:** 24-069767

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** CACF

**Opened Date:** 02/28/2024 10:52 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** CACF-FLORENCE

**Grievance Stage:** Informal Answered

## Informal Grievance Response

**Grievance Date:** 02/23/2024 12:00:00 AM

**Response Due:** 03/20/2024 10:52 AM

**Issue:** Hospital Visit.

**Responder:** MARTIN, ROBERTA NMI

**Response:** Mr. Blum. You saw the provider for a follow up regarding your ER visit. You were diagnosed with Liver Cirrhosis and Biliary Sludge. The provider has noted that you were still having mild pain. You are scheduled for a follow up. In the meantime please submit an HNR if you need to see the provider sooner. thank you

☐ Unprocessed

**Responder's Name:** ROBERTA MARTIN

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

   **NOTE:  If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**

Arizona Department of Corrections, Rehabilitation & Reentry

**Grievance Details**



Recieved by CDB Packer on 2-27-24



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Blum Leonard D. | 044589 | CACF-GEO 5C16 | 2-27-24 |

**TO** HSA  24-069767  **LOCATION** Medical

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On Febuary 23 2024 I was sent to the Hospital with Extreme Pain in my Liver Region. I was Told I have Psoriasis Liver damage.

I Request immediate Diagnostic Testing on my Liver to Determine the exact Damage To my Liver.

**INMATE SIGNATURE** Leonard Blum

**DATE (mm/dd/yyyy)** 2-27-24

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

PAGE 14 of 14

802-11
11/16/21